IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RYAN STOUT AND AMBER SCHNEIDER,<br>Plaintiffs<br><br>v.<br><br><br>FOREMOST INSURANCE COMPANY<br>GRAND RAPIDS MICHIGAN<br>Defendant | § § § § § § § § § § | Civil Action No. 1:23-cv-1164 |

**DEFENDANT FOREMOST INSURANCE COMPANY GRAND RAPIDS MICHIGAN'S NOTICE OF REMOVAL**

Defendant Foremost Insurance Company Grand Rapids Michigan ("Foremost") files this Notice of Removal.

## PROCEDURAL BACKGROUND

1. Plaintiffs, Ryan Stout and Amber Schneider ("Plaintiffs") filed this action on August 24, 2023, against Foremost in the 395th Judicial District Court of Williamson County, 405 Martin Luther King, Box 15, Georgetown, TX 78626. That case was docketed under cause-number 23-1685-C395 (the "State Court Action").

2. Foremost was served with process on August 25, 2023.

3. Foremost files this Notice of Removal pursuant to 28 U.S.C. §1446 to remove the State Court Action from the 395th Judicial District Court of Willianson County, Texas, to the United States District Court for the Western District of Texas, Austin Division.

4. Plaintiff's Original Petition in the State Court Action included a jury demand.

5. Defendant herein requests a Jury Trial.

## NATURE OF THE SUIT

6. This lawsuit involves a dispute over the alleged non-payment and denial of insurance benefits, as well as the handling of Plaintiffs' claim, arising out of a RV Theft, which occurred on or about June 1, 2022. Plaintiffs assert causes of action against Foremost for breach of contract, breach of the duty of good faith and fair dealing, and violations of the Texas Insurance Code and DTPA.

## BASIS FOR REMOVAL

7. The Court has jurisdiction over this action under 28 U.S.C. §1332 because there is, and was complete diversity between all real parties in interest (Plaintiffs and Foremost) and the amount in controversy exceeds $75,000, exclusive of interest and costs.

    a. *Plaintiffs' Citizenship*

8. According to Plaintiffs' Original Petition, Ryan Stout and Amber Schneider, are individuals who resides in Texas.[1] Plaintiff's citizenship at the time of filing suit and removal is therefore properly established as the State of Texas.

    b. *Foremost Insurance Company Grand Rapids Michigan's Citizenship*

9. A corporation is a "citizen of every State by which it has been incorporated and of the State where it has its principal place of business[.]"[2]

10. Defendant Foremost Insurance Company Grand Rapids Michigan is domiciled and has its principal place of business in Michigan. Thus, Foremost's citizenship at the time of filing suit and removal is properly established as the State of Michigan.

---

[1] *See* Plaintiffs' Petition, attached hereto and reference herein as Exhibit "B," at ¶ 4.
[2] 28 U.S.C. §1332(c)(1).

     **c.**    *Amount in Controversy*

11.    Plaintiffs' Original Petition expressly seeks monetary relief of $250,000.00 or less.[3] Upon this fact, Defendant submits that the total amount in controversy exceeds $75,000 exclusive of interest and costs satisfying the "amount in controversy" requirement of 28 U.S.C. §1332(a).

## REMOVAL IS PROCEDURALLY CORRECT

12.    This Notice of Removal is timely under 28 U.S.C. §1446(b)(1). Foremost was served with process on August 25, 2023.

13.    Venue is proper in this division under 28 U.S.C. §1441(a) because this district and division embrace the place in which the removed action has been pending.

14.    In accordance with 28 U.S.C. §1446(a), copies of all process, pleadings and orders served upon Foremost in the State Court Action are indexed and attached in <u>Exhibit A.</u>

15.    Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal will promptly be given to all parties and to the clerk of the 395th Judicial District Court of Williamson County, Texas.

## PRAYER

Defendant, Foremost Insurance Company Grand Rapids Michigan, respectfully requests that the State Court Action be removed and placed on this Court's docket for further proceedings, and for all other and further relief to which Defendant, Foremost Insurance Company Grand Rapids Michigan, may show itself justly entitled both in law and at equity.

---

[3] *See* Exhibit "B," at p. ¶ 7.

Respectfully submitted,

**DOYEN SEBESTA & POELMA, LLLP**

By: /s/ *Scot G. Doyen*
Scot G. Doyen
State Bar No. 00792982
sdoyen@ds-lawyers.com
Angela M. Hahn
State Bar No. 24026919
ahahn@ds-lawyers.com
4 CityNorth
16945 Northchase Drive, Suite 1400
Houston, Texas 77060
(713) 580-8900
(713) 580-8910 Facsimile

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record via hand delivery, USPS CMRRR, electronic service and/or facsimile on this the 25th day of September 2023.

Jon Smith
JON MICHAEL SMITH
3305 Northland Driver
Suite 500
Austin, Texas 78731
(512) 371-1006
(512) 476-6685 Facsimile
jon@jonmichaelsmith.com
*Attorney for Plaintiffs*

/s/ *Scot G. Doyen*
Scot G. Doyen