# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| RYAN STOUT AND AMBER SCHNEIDER,<br>    Plaintiffs,<br><br>v.<br><br>FOREMOST INSURANCE COMPANY GRAND RAPIDS MICHIGAN,<br>    Defendant. | § § § § § § § § § § § | Civil Action No.1:23-cv-1164-DAE |

## ORDER GRANTING DISMISSAL WITH PREJUDICE

After considering the parties agreed Stipulation of Dismissal with Prejudice (Dkt. # 19), the Court **GRANTS** the stipulation.

**IT IS, THEREFORE, ORDERED** that the individual claims and causes of action brought by Plaintiff against Defendants in the above-captioned lawsuit are **DISMISSED** in their entirety **WITH** prejudice, each party to bear its own costs and attorney's fees.

The Clerk is **INSTRUCTED TO CLOSE THE CASE**.

Dated: April 5, 2024.

_____
David Alan Ezra
Senior United States District Judge